Marc V. Kalagian
Attorney at Law: 4460
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com
Attorneys for Plaintiff
ANDREA JONES

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREA JONES | Case No.: 2:13-cv-01862-MMD-NJK |
| Plaintiff, | UNOPPOSED MOTION TO EXTEND TIME |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Andrea Jones respectfully requests that the Court extend the time for Plaintiff to file Motion to Remand and/or Reversal due on April 6, 2014 to May 6, 2014. This is Plaintiff's first request for an extension.

The original due date fell on a Sunday. The undersigned mistakenly thought that this would push the due date to the next business day which was April 7, 2014. At that time, Plaintiff filed a stipulation for extension of time to file her motion. Docket No. 21. The Court denied the stipulation without prejudice because counsel did not address excusable neglect factors. Docket No. 22. Counsel maintains that

-1-

1  his mistake constitutes excusable neglect.   The defendant would not be prejudiced
2  by this extension of time.
3       This request is made at the request of Plaintiff's counsel to allow additional
4  time to fully research the issues presented. Counsel for Plaintiff conferred with
5  Defendant's counsel on April 10, 2014, and Defendant's counsel responded on
6  April 10, 2014,  that Defendant  has no opposition to this motion.

7
8  DATE: April 10, 2014          Respectfully submitted,
9                                ROHLFING & KALAGIAN, LLP
10                                     /s/ *Marc V. Kalagian*
                           BY:_____
11                              Marc V. Kalagian
                                Attorney for plaintiff Ms. Andrea Jones
12
13
14  DATE:  April 10, 2014
                                DANIEL G. BOGDEN
15                              United States Attorney
16                                    /s/ *Sharon Lahey*
17                         BY:_____
                                Sharon Lahey
18                              Special Assistant United States Attorney
                                Attorneys for defendant Carolyn W. Colvin
19                              |*authorized by e-mail|
20
21  IT IS SO ORDERED:      _____
22                              UNITED STATES MAGISTRATE JUDGE
23  DATED: April 14, 2014
24
25
26

-2-