UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANDREA JONES,<br><br>               Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>              Defendant. | Case No. 2:13-cv-01862-RFB-NJK<br><br>ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE NANCY J. KOPPE |

      Before the Court for consideration is the Report and Recommendation (ECF No. 33) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered September 24, 2015.

      A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by October 11, 2015. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation(s).

1    **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 33) is
2    **ACCEPTED and ADOPTED in full**.
3    **IT IS ORDERED** that Plaintiff's Motion for Reversal and/or Remand (ECF No. 25) is
4    **DENIED** and that Defendant's Cross-Motion to Affirm (ECF No. 27) is **GRANTED.**
5    **IT IS FURTHER** that the Clerk of Court shall serve this Order on the persons and
6    respective addresses as noted in the Report and Recommendation.  The Clerk shall enter judgment
7    accordingly and close the case.

DATED this 2nd day of December, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE